UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alexander Nelson,<br><br>    Plaintiff,<br><br> v.<br><br>American Modern Insurance Group, Inc.,<br>NCM Insurance Agency, LLC,<br><br>    Defendants. | Case No. 23-cv-525 NEB/JFD<br><br>**AMERICAN MODERN INSURANCE GROUP, INC.'S NOTICE OF HEARING ON ITS MOTION TO COMPEL COMPLIANCE WITH A RULE 45 SUBPOENA TO NON-PARTY ANN OLSON** |

**PLEASE TAKE NOTICE** that on April 11, 2024, at 9:00 AM CST, via ZOOM, Defendant American Modern Insurance Group, Inc. ("American Modern") will move this Court for an Order (a) compelling non-party Ann Olson to produce all responsive documents and information in response to Defendants' Rule 45 Subpoena Duces Tecum, and (b) compelling non-party Ann Olson to sit for an in-person deposition at a date to be determined based on Ms. Olson's document production and availability.

Dated: March 14, 2024

/s/ *Diego E. Garcia*
Larry E. LaTarte (0397782)
Diego E. Garcia (0403581)
Counsel for Defendant American Modern Insurance Group, Inc.
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel. (612) 766-7000
Fax (612) 766-1600
Larry.LaTarte@faegredrinker.com
Diego.Garcia@faegredrinker.com