UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alexander Nelson, | Case No. 23-cv-525 NEB/JFD |
| Plaintiff, | **AMERICAN MODERN INSURANCE GROUP, INC.'S L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE** |
| v. | |
| American Modern Insurance Group, Inc., NCM Insurance Agency, LLC, | |
| Defendants. | |

I, Diego E. Garcia, certify that Defendant American Modern Insurance Group, Inc.'s Motion to Compel to Compel Compliance with Rule 45 Subpoena to Non-Party Ann Olson complies with the requirements of Local Rule 7.1(f) and 7.1(h). I certify that the Memorandum of Law contains a total of 2,602 words.

I further certify that, in preparation of this Memorandum, I used Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations, in the preceding word count, while excluding words in the table of contents, table of authorities, caption, and signature block.

| | |
|---|---|
| Dated: March 14, 2024 | /s/ *Diego E. Garcia* |
| | Larry E. LaTarte (0397782) |
| | Diego E. Garcia (0403581) |
| | Counsel for Defendant American Modern Insurance Group, Inc. |
| | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| | Tel. (612) 766-7000 |
| | Fax (612) 766-1600 |
| | Larry.LaTarte@faegredrinker.com |
| | Diego.Garcia@faegredrinker.com |